UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>THE DIOCESE OF ROCHESTER,[1]<br><br>                  Debtor. | Chapter 11<br><br>Case No. 19-20905 |
| THE CONTINENTAL INSURANCE COMPANY, successor by merger to Commercial Insurance Company of Newark, New Jersey, and Firemen's Insurance Company of Newark, New Jersey,<br><br>                  Plaintiff,<br><br>                  v.<br><br>THE DIOCESE OF ROCHESTER,<br><br>                  Defendant. | Adv. Proc. No. 23-ap-2014 |

**CERTIFICATE OF SERVICE**

      I, Christopher Chiu, depose and say that I am employed by Stretto, the claims & noticing agent for the Debtor in the above-captioned case.

      On December 22, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**:

- **Notice of The Diocese of Rochester Motion to Dismiss Adversary Complaint Pursuant to Rule 7012 of the Federal Rule of Bankruptcy Procedure and Rule 12(B)(6) of the Federal Rules of Civil Procedure** (Docket No. 8)

- **Objection of The Diocese of Rochester to Application for Allowance and Payment of Administrative Expense Priority Claims for Debtor's Breach of Continental Settlement Agreement** (Case No.: 19-20905, Docket No. 2406)

[SPACE INTENTIONALLY LEFT BLANK]

- **Memorandum of Law in Support of: (I) The Diocese of Rochester's Motion to Dismiss the Adversary Complaint of the Continental Insurance Company; and (II) The Diocese of Rochester's Objection to the Application of the Continental Insurance Company for Allowance and Payment of Alleged Administrative Expense Priority Claims** (Case No.: 19-20905, Docket No. 2407)

Dated: January 8, 2023

*/s/ Christopher Chiu*
Christopher Chiu
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
(855) 347-3773
TeamRochDiocese@stretto.com

# Exhibit A



Exhibit A
Served Via First-Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| AB 1 DOE | C/O LAW OFFICES OF STEPHEN BOYD & JOHN ELMORE | ATTN: STEPHEN BOYD | 2969 MAIN ST | | BUFFALO | NY | 14214-1003 |
| AMARYLLIS FIGUEROA | C/O MCCONVILLE, CONSIDINE, COOMAN & MORIN, PC | ATTN: LUCIEN A. MORIN, II | 300 MERIDIAN CENTRE BLVD | STE 110 | ROCHESTER | NY | 14618-3984 |
| BISHOP EMERITUS MATTHEW CLARK AND ST. BERNARD'S SCHOOL OF THEOLOGY | C/O ADAMS LECLAIR LLP | ATTN: PAUL LECLAIR & MARY JO S. KORONA | FIRST FEDERAL PLAZA | 28 E. MAIN STREET, SUITE #1500 | ROCHESTER | NY | 14614 |
| BISHOP EMERITUS MATTHEW H. CLARK | C/O ADAMS LECLAIR LLP | ATTN: MARY JO S. KORONA | 28 E. MAIN STREET | SUITE 1500 | ROCHESTER | NY | 14614 |
| CATHOLIC CHARITIES OF THE DIOCESE OF ROCHESTER, CAMP STELLA MARIS OF LIVONIA, N.Y., CATHOLIC YOUTH ORGANIZATION AND ST. JOSEPH'S VILLA | C/O BOYLAN CODE LLP | ATTN: DEVIN LAWTON PALMER & CHRISTOPHER K. WERNER | 145 CULVER ROAD, SUITE 100 | | ROCHESTER | NY | 14620 |
| CATHOLIC CHARITIES OF THE DIOCESE OF ROCHESTER, CAMP STELLA MARIS OF LIVONIA, N.Y., CATHOLIC YOUTH ORGANIZATION AND ST. JOSEPH'S VILLA | C/O WARD GREENBERG HELLER & REIDY LLP | ATTN: ERIC J. WARD & KATERINA M. KRAMARCHYK | 1800 BAUSCH & LOMB PLACE | | ROCHESTER | NY | 14604 |
| CERTAIN PERSONAL INJURY CREDITORS | C/O JEFF ANDERSON & ASSOCIATES, P.A. | ATTN: MICHAEL G. FINNEGAN & ELIN M. LINDSTROM | 366 JACKSON STREET | SUITE 100 | ST. PAUL | MN | 55101 |
| CERTAIN PERSONAL INJURY CREDITORS | C/O THOMAS COUNSELOR AT LAW, LLC | ATTN: KATHLEEN R. THOMAS | 1 WORLD TRADE CTR | FL 85 | NEW YORK | NY | 10007-0103 |
| CVA CLAIMANTS | C/O ANDREOZZI & ASSOCIATES, P.C. | ATTN: NATHANIEL L. FOOTE | 4503 N FRONT ST | | HARRISBURG | PA | 17110-1708 |
| CVA CLAIMANTS | C/O BANSBACH LAW P.C. | ATTN: JOHN M. BANSBACH | 31 ERIE CANAL DRIVE | SUITE A | ROCHESTER | NY | 14626 |
| CVA CLAIMANTS | C/O FREESE & GOSS | ATTN: TIM K. GOSS AND PETER DE LA CERDA | 3500 MAPLE AVE. | SUITE 1100 | DALLAS | TX | 75219 |
| CVA CLAIMANTS | C/O HERMAN LAW | ATTN: JEFFREY M. HERMAN | 434 W. 33RD STREET, PENTHOUSE | | NEW YORK | NY | 10001 |
| CVA CLAIMANTS | C/O HERMAN LAW | ATTN: JEFFREY MARC HERMAN | 1800 NORTH MILITARY TRAIL | SUITE 160 | BOCA RATON | FL | 33431 |
| CVA CLAIMANTS | C/O HOROWITZ LAW | ATTN: ADAM HOROWITZ & JESSICA ARBOUR | 110 EAST BROWARD BOULEVARD | SUITE 1530 | FT. LAUDERDALE | FL | 33301 |
| CVA CLAIMANTS | C/O JEFF ANDERSON & ASSOCIATES, P.A. | ATTN: JEFFREY R. ANDERSON & MICHAEL RECK | 363 7TH AVE | FL 12 | NEW YORK | NY | 10001-3904 |
| CVA CLAIMANTS | C/O JEFF ANDERSON & ASSOCIATES, P.A. | ATTN: MICHAEL RECK | 363 7TH AVE | FL 12 | NEW YORK | NY | 10001-3904 |
| CVA CLAIMANTS | C/O KELNER & KELNER | ATTN: BRIAN P. HURLEY | 7 WORLD TRADE CENTER | 250 GREENWICH STREET, SUITE 2700 | NEW YORK | NY | 10007 |
| CVA CLAIMANTS | C/O LAW OFFICE OF RONALD R. BENJAMIN | ATTN: RONALD R. BENJAMIN | 126 RIVERSIDE DRIVE | PO BOX 607 | BINGHAMTON | NY | 13902 |
| CVA CLAIMANTS | C/O LAW OFFICES OF MITCHELL GARABEDIAN | ATTN: MITCHELL GARABEDIAN | 100 STATE STREET | SUITE 6 | BOSTON | MA | 02109 |
| CVA CLAIMANTS | C/O LEVIN SEDRAN & BERMAN | ATTN: DANIEL LEVIN | 510 WALNUT STREET | SUITE 500 | PHILADELPHIA | PA | 19106 |
| CVA CLAIMANTS | C/O MERSON LAW, PLLC | ATTN: JOHN MERSON AND JORDAN MERSON | 950 3RD AVE | STE 1800 | NEW YORK | NY | 10022-2897 |
| CVA CLAIMANTS | C/O MORGENSTERN DEVOESICK PLLC | ATTN: MAURA G. MCGUIRE | 1080 PITTSFORD VICTOR RD. | SUITE 200 | PITTSFORD | NY | 14534 |
| CVA CLAIMANTS | C/O PFAU COCHRAN VERTETIS AMALA PLLC | ATTN: MICHAEL T. PFAU | COLUMBIA HOUSE | 701 5TH AVE STE 4300 | SEATTLE | WA | 98104-7047 |
| CVA CLAIMANTS | C/O SEGAR & SCIORTINO PLLC | ATTN: STEPHEN A. SEGAR | 400 MERIDIAN CENTRE, SUITE 320 | | ROCHESTER | NY | 14618 |
| CVA CLAIMANTS | C/O THE MENEO LAW GROUP | ATTN: RON MICHAEL MENEO | 157 CHURCH ST | FL 19 | NEW HAVEN | CT | 06510-2100 |
| CVA CLAIMANTS | C/O WEITZ & LUXENBERG | ATTN: SAMANTHA A. BREAKSTONE | 700 BROADWAY | | NEW YORK | NY | 10003 |
| CVA CLAIMANTS | C/O WELLER, GREEN, TOUPS & TERRELL, LLP | ATTN: MITCHELL A. TOUPS | PO BOX 350 | | BEAUMONT | TX | 77704 |
| DEMOCRAT AND CHRONICLE | C/O GREENBERG TAURIG, LLP | ATTN: MICHAEL J. GRYGIEL | 54 STATE STREET | 6TH FLOOR | ALBANY | NY | 12207 |
| DONNA OPPEDISANO AND KATHLEEN ISRAEL | C/O JARROD W. SMITH, ESQ., PLLC | ATTN: JARROD W. SMITH | 11 SOUTH MAIN STREET | PO BOX 173 | JORDAN | NY | 13080 |
| HOLY SEPULCHER CEMETARY | C/O HARTER SECREST & EMERY, LLP | 1600 BAUSCH AND LOMB PL. | | | ROCHESTER | NY | 14604 |
| INTERNAL REVENUE SERVICE | INSOLVENCY GROUP I | NIAGARA CENTER, 2ND FLOOR | 130 S. ELMWOOD AVENUE | | BUFFALO | NY | 14202 |
| INTERNAL REVENUE SERVICE | PO BOX 7346 | | | | PHILADELPHIA | PA | 19101-7346 |
| INTERSTATE FIRE AND CASUALTY COMPANY AND NATIONAL SURETY CORPORATION | C/O PARKER, HUDSON, RAINER & DOBBS LLP | ATTN: HARRIS B. WINSBERG AND MATTHEW G. ROBERTS | 303 PEACHTREE ST NE | SUITE 3600 | ATLANTA | GA | 30308 |
| INTERSTATE FIRE AND CASUALTY COMPANY AND NATIONAL SURETY CORPORATION | C/O WHITE AND WILLIAMS LLP | ATTN: JON T. POWERS | 7 TIMES SQUARE, SUITE 2900 | 1459 BROADWAY | NEW YORK | NY | 10036 |
| JACK T. BRAND; AND OTHER CREDITORS | C/O TREVETT CRISTO | ATTN: MELANIE S. WOLK | 2 STATE STREET, SUITE 1000 | | ROCHESTER | NY | 14614 |
| JAMES VERNON & WEEKS, P.A. | ATTN: LEANDER L. JAMES | 20 VESEY STREET | 7TH FLOOR | | NEW YORK | NY | 10007 |
| JPMORGAN CHASE | ATTN: SARAH CORNELL, BRANCH MANAGER | 2130 CHILI AVENUE | | | ROCHESTER | NY | 14624 |
| KENNETH G. CUBIOTTI, CVA CLAIMAINTS, AND OTHER CREDITORS | C/O JAMES, VERNON & WEEKS, P.A. | ATTN: BRIANNA ESPELAND & LEANDER L. JAMES, IV | 1626 LINCOLN WAY | | COEUR D'ALENE | ID | 83814 |
| KEYBANK, N.A. | ATTN: BANKRUPTCY DEPT | 4910 TIEDEMAN ROAD | | | BROOKLYN | OH | 44144 |
| M&T BANK | ATTN: ESKINDER TEFERA | ONE FOUNTAIN PLAZA | 9TH PLAZA | | BUFFALO | NY | 14202 |
| M&T BANK | C/O HODGSON RUSS LLP | ATTN: GARRY M. GRABER | 140 PEARL STREET | SUITE 100 | BUFFALO | NY | 14202 |
| M&T BANK | PO BOX 844 | | | | BUFFALO | NY | 14240-0844 |
| MANUFACTURERS AND TRADERS TRUST COMPANY | ATTN: PHILIP SMITH, SENIOR VICE PRESIDENT | 1 M&T PLAZA | | | BUFFALO | NY | 14203 |
| MANUFACTURERS AND TRADERS TRUST COMPANY | C/O HODGSON RUSS LLP | ATTN: GARRY M. GRABER | 140 PEARL STREET | SUITE 100 | BUFFALO | NY | 14202 |
| MONROE COUNTY | C/O LIPPES MATHIAS LLP | ATTN: JOHN A. MUELLER | 50 FOUNTAIN PLAZA, SUITE 1700 | | BUFFALO | NY | 14202-2216 |
| NEW YORK STATE DEPARTMENT OF LABOR | ATTN: MARTA COLE | GOVERNOR W. AVERELL HARRIMAN STATE OFFICE BUILDING CAMPUS | BUILDING #12 | ROOM 256 | ALBANY | NY | 12240 |
| NEW YORK STATE DEPARTMENT OF LABOR - BUS. SERVICES | ATTN: REGENNA DARRAH | 276 WARING ROAD | ROOM 100 | | ROCHESTER | NY | 14609 |
| NYS DEPARTMENT OF TAXATION & FINANCE | BANKRUPTCY UNIT | PO BOX 5300 | | | ALBANY | NY | 12205-0300 |
| NYS WORKERS' COMPENSATION BOARD | ATTN: SEAN BREEN, PRINCIPAL WORKERS' COMP. EXAMINER | OFFICE OF SELF-INSURANCE | 328 STATE STREET | | SCHENECTADY | NY | 12305 |
| OFFICE OF THE ATTORNEY GENERAL | MAIN PLACE TOWER | SUITE 300A | 350 MAIN STREET | | BUFFALO | NY | 14202 |
| OFFICE OF THE UNITED STATES TRUSTEE FOR THE WESTERN DISTRICT OF NEW YORK | ATTN: KATHLEEN D. SCHMITT | 100 STATE STREET | ROOM 6090 | | ROCHESTER | NY | 14614 |
| ST. BERNARD'S SCHOOL OF THEOLOGY AND MINISTRY | C/O ADAMS LECLAIR LLP | ATTN: PAUL L. LECLAIR | 28 E. MAIN STREET | SUITE 1500 | ROCHESTER | NY | 14614 |
| THE AD HOC PARISH COMMITTEE | C/O WOODS OVIATT GILMAN LLP | ATTN: TIMOTHY P. LYSTER | 1900 BAUSCH & LOMB PLACE | | ROCHESTER | NY | 14604 |
| THE CONTINENTAL INSURANCE COMPANY, SUCCESSOR BY MERGER TO (1) COMMERCIAL INSURANCE COMPANY OF NEWARK, NEW JERSEY AND (2) FIREMEN'S INSURANCE COMPANY OF NEWARK, NEW JERSEY | C/O BARCLAY DAMON LLP | ATTN: JEFFREY A. DOVE | 125 EAST JEFFERSON STREET | | SYRACUSE | NY | 13202 |
| THE CONTINENTAL INSURANCE COMPANY, SUCCESSOR BY MERGER TO COMMERCIAL INSURANCE COMPANY OF NEWARK, NEW JERSEY AND FIREMEN'S INSURANCE COMPANY OF NEWARK, NEW JERSEY | C/O CROWELL & MORING LLP | ATTN: MARK D. PLEVIN | THREE EMBARCADERO CENTER 26TH FLOOR | | SAN FRANCISCO | CA | 94111 |
| THE CONTINENTAL INSURANCE COMPANY, SUCCESSOR BY MERGER TO COMMERCIAL INSURANCE COMPANY OF NEWARK, NEW JERSEY AND FIREMEN'S INSURANCE COMPANY OF NEWARK, NEW JERSEY | C/O CROWELL & MORING LLP | ATTN: MIRANDA H. TURNER | 1001 PENNSYLVANIA AVENUE, N.W. | | WASHINGTON | DC | 20004 |



**Exhibit A**
Served Via First-Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| THE CONTINENTAL INSURANCE COMPANY, SUCCESSOR BY MERGER TO COMMERCIAL INSURANCE COMPANY OF NEWARK, NEW JERSEY AND FIREMEN'S INSURANCE COMPANY OF NEWARK, NEW JERSEY | C/O DAVID CHRISTIAN ATTORNEYS LLC | ATTN: DAVID CHRISTIAN | 105 WEST MADISON STREET SUITE 1400 | | CHICAGO | IL | 60602 |
| THE DIOCESE OF ROCHESTER | ATTN: LISA M. PASSERO, CHIEF FINANCIAL OFFICER | 1150 BUFFALO ROAD | | | ROCHESTER | NY | 14624 |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O PACHULSKI STANG ZIEHL & JONES, LLP | ATTN: JAMES I. STANG, ILAN D. SCHARF AND BRITTANY M. MICHAEL | 780 THIRD AVENUE, 34TH FLOOR | | NEW YORK | NY | 10017-2024 |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O PACHULSKI, STANG, ZEIEHL & JONES LLP | ATTN: JAMES I. STANG & IAIN A. W. NASATIR | 10100 SANTA MONICA BOULEVARD | 13TH FLOOR | LOS ANGELES | CA | 90067-4003 |
| US ATTORNEY'S OFFICE | WESTERN DISTRICT OF NEW YORK | 100 STATE STREET | SUITE 500 | | ROCHESTER | NY | 14614 |
| US DEPARTMENT OF LABOR | FEDERAL BUILDING | 100 STATE STREET | SUITE 4190 | | ROCHESTER | NY | 14614 |
| US TRUSTEE | | ADDRESS REDACTED | | | | | |
| WILMINGTON TRUST, A DIVISION OF M&T BANK | ATTN: CHRISTINE G. COTTON, ASST. VICE PRESIDENT | 285 DELAWARE AVENUE | 3RD FLOOR | | BUFFALO | NY | 14202 |