United States Bankruptcy Court

Western District of New York

THE CONTINENTAL INSURANCE COMPANY, succe,

    Plaintiff

The Diocese of Rochester,

    Defendant

Adv. Proc. No. 23-02014-PRW

# CERTIFICATE OF NOTICE

District/off: 0209-2     User: admin     Page 1 of 2
Date Rcvd: Mar 05, 2024     Form ID: ntcentry     Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| | + | Mark Bruh, Esq., Office of US Trustee, Alexander Hamilton Custom House, One Bowling Green, Suite 534, New York, NY 10004-1459 |
| dft | + | The Diocese of Rochester, 1150 Buffalo Road, Rochester, NY 14624-1890 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: ustpregion02.ro.ecf@usdoj.gov | Mar 05 2024 18:23:00 | Office of the U.S. Trustee, 100 State Street, Room 6090, Rochester, NY 14614-1315 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2024     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 5, 2024 at the address(es) listed below:

**Name**     **Email Address**

David C. Christian, II
    on behalf of Plaintiff THE CONTINENTAL INSURANCE COMPANY successor by merger to Commercial Insurance Company of Newark, New Jersey, and Fireman's Insurance Company of Newark, New Jersey dchristian@dca.law

Ilan D Scharf
    on behalf of Interested Party Official Committee of Unsecured Creditors ischarf@pszjlaw.com lcanty@pszjlaw.com;nrobinson@pszjlaw.com;bdassa@pszjlaw.com

Jeffrey Austin Dove
    on behalf of Plaintiff THE CONTINENTAL INSURANCE COMPANY successor by merger to Commercial Insurance Company of Newark, New Jersey, and Fireman's Insurance Company of Newark, New Jersey jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Mark D. Plevin
    on behalf of Plaintiff THE CONTINENTAL INSURANCE COMPANY successor by merger to Commercial Insurance Company of Newark, New Jersey, and Fireman's Insurance Company of Newark, New Jersey mplevin@crowell.com, mark-plevin-crowell-moring-8073@ecf.pacerpro.com

Miranda Turner
    on behalf of Plaintiff THE CONTINENTAL INSURANCE COMPANY successor by merger to Commercial Insurance Company of Newark, New Jersey, and Fireman's Insurance Company of Newark, New Jersey mturner@crowell.com

Stephen A. Donato
    on behalf of Defendant The Diocese of Rochester sdonato@bsk.com ayerst@bsk.com;kdoner@bsk.com;CourtMail@bsk.com

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

| In Re: | Case No.: 2−19−20905−PRW |
|---|---|
| The Diocese of Rochester aka The Roman Catholic Diocese of Rochester | Chapter: 11 |
| Debtor(s) | |

| THE CONTINENTAL INSURANCE COMPANY, successor by merger to Commercial Insurance Company of Newark, New Jersey, and Fireman's Insurance Company of Newark, New Jersey | A.P. No.: 2−23−02014−PRW |
|---|---|
| Plaintiff(s) | |
| v. | |
| The Diocese of Rochester | |
| Defendant(s) | |

## NOTICE OF ENTRY

**PLEASE TAKE NOTICE** of the entry of the Order referenced below, duly entered in the within action in the Clerk's Office of the United States Bankruptcy Court, Western District of New York on **March 5, 2024**. The Clerk of Court of the United States Bankruptcy Court, Western District of New York, hereby certifies that a copy of the subject Order was sent to all parties in interest herein as required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure.

Docket #23: CORRECTED Decision and Order Denying Motion to Dismiss Complaint and Directing Parties to Meet and Confer for the Purpose of Preparing a Proposed Schedule for an Accelerated Trial of this Action and the Related Request for Estimation of CNA'S §503 Claim. . Signed on 3/1/2024 (RE: related document(s)8 Motion to Dismiss Adversary Proceeding filed by Defendant The Diocese of Rochester, 10 Motion to Dismiss Adversary Proceeding filed by Interested Party Official Committee of Unsecured Creditors, 19 Decision and Order). NOTICE OF ENTRY. (Folwell, T.)

Date: March 5, 2024          Lisa Bertino Beaser
                                           Clerk of Court

Form ntcentry/Doc 23
www.nywb.uscourts.gov