UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re:<br><br>THE DIOCESE OF ROCHESTER,[1]<br><br>              Debtor. | Chapter 11<br><br>Case No. 19-20905 |
| THE CONTINENTAL INSURANCE<br>COMPANY, successor by merger to<br>Commercial Insurance Company of Newark,<br>New Jersey, and Firemen's Insurance<br>Company of Newark, New Jersey,<br><br>              Plaintiff,<br><br>         v.<br><br>THE DIOCESE OF ROCHESTER,<br><br>              Defendant. | Adv. Proc. No. 23-02014 |

## CERTIFICATE OF SERVICE

      I, Christopher Chiu, depose and say that I am employed by Stretto, the claims & noticing agent for the Debtor in the above-captioned case.

      On March 7, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**:

- **Answer of The Diocese of Rochester to the Adversary Complaint of The Continental Insurance Company** (Docket No. 25)

Dated: March 13, 2024

                      */s/ Christopher Chiu*
                      Christopher Chiu
                      STRETTO
                      410 Exchange, Suite 100
                      Irvine, CA 92602
                      (855) 347-3773
                      TeamRochDiocese@stretto.com

# Exhibit A



**Exhibit A**
Served Via First-Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| THE CONTINENTAL INSURANCE COMPANY | C/O TRESSLER LLP | 233 S. WACKER DRIVE | 61ST FLOOR | CHICAGO | IL | 60606 |
| THE CONTINENTAL INSURANCE COMPANY | C/O TRESSLER LLP | 500 GRANT ST. | SUITE 2900 | PITTSBURGH | PA | 15219 |
| THE CONTINENTAL INSURANCE COMPANY, SUCCESSOR BY MERGER TO (1) COMMERCIAL INSURANCE COMPANY OF NEWARK, NEW JERSEY AND (2) FIREMEN'S INSURANCE COMPANY OF NEWARK, NEW JERSEY | C/O BARCLAY DAMON LLP | ATTN: JEFFREY A. DOVE | 125 EAST JEFFERSON STREET | SYRACUSE | NY | 13202 |
| THE CONTINENTAL INSURANCE COMPANY, SUCCESSOR BY MERGER TO COMMERCIAL INSURANCE COMPANY OF NEWARK, NEW JERSEY AND FIREMEN'S INSURANCE COMPANY OF NEWARK, NEW JERSEY | C/O CROWELL & MORING LLP | ATTN: MARK D. PLEVIN | THREE EMBARCADERO CENTER 26TH FLOOR | SAN FRANCISCO | CA | 94111 |
| THE CONTINENTAL INSURANCE COMPANY, SUCCESSOR BY MERGER TO COMMERCIAL INSURANCE COMPANY OF NEWARK, NEW JERSEY AND FIREMEN'S INSURANCE COMPANY OF NEWARK, NEW JERSEY | C/O CROWELL & MORING LLP | ATTN: MIRANDA H. TURNER | 1001 PENNSYLVANIA AVENUE, N.W. | WASHINGTON | DC | 20004 |
| THE CONTINENTAL INSURANCE COMPANY, SUCCESSOR BY MERGER TO COMMERCIAL INSURANCE COMPANY OF NEWARK, NEW JERSEY AND FIREMEN'S INSURANCE COMPANY OF NEWARK, NEW JERSEY | C/O DAVID CHRISTIAN ATTORNEYS LLC | ATTN: DAVID CHRISTIAN | 105 WEST MADISON STREET SUITE 1400 | CHICAGO | IL | 60602 |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O PACHULSKI STANG ZIEHL & JONES, LLP | ATTN: JAMES I. STANG, ILAN D. SCHARF AND BRITTANY M. MICHAEL | 780 THIRD AVENUE, 34TH FLOOR | NEW YORK | NY | 10017-2024 |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O PACHULSKI, STANG, ZEIEHL & JONES LLP | ATTN: JAMES I. STANG & IAIN A. W. NASATIR | 10100 SANTA MONICA BOULEVARD 13TH FLOOR | LOS ANGELES | CA | 90067-4003 |