UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>THE DIOCESE OF ROCHESTER,[1]<br><br>                    Debtor. | Chapter 11<br><br>Case No. 19-20905 |
| THE CONTINENTAL INSURANCE COMPANY, successor by merger to Commercial Insurance Company of Newark, New Jersey, and Firemen's Insurance Company of Newark, New Jersey,<br><br>                    Plaintiff,<br><br>v.<br><br>THE DIOCESE OF ROCHESTER,<br><br>                    Defendant. | Adv. Proc. No. 23-02014 |

## CERTIFICATE OF SERVICE

I, Christopher Chiu, depose and say that I am employed by Stretto, the claims & noticing agent for the Debtor in the above-captioned case.

On April 2, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**:

- **Proposed Discovery Plan Between the Diocese, the Committee and Continental Insurance Company** (Docket No. 30)

Dated: April 4, 2024

                                                                  */s/ Christopher Chiu*
                                                                  Christopher Chiu
                                                                  STRETTO
                                                                  410 Exchange, Suite 100
                                                                  Irvine, CA 92602
                                                                  (855) 347-3773
                                                                  TeamRochDiocese@stretto.com

# Exhibit A



# Exhibit A
Served Via First-Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| OFFICE OF THE UNITED STATES TRUSTEE FOR THE WESTERN DISTRICT OF NEW YORK | ATTN: KATHLEEN D. SCHMITT | 100 STATE STREET | ROOM 6090 | ROCHESTER | NY | 14614 |
| THE CONTINENTAL INSURANCE COMPANY | C/O TRESSLER LLP | 233 S. WACKER DRIVE | 61ST FLOOR | CHICAGO | IL | 60606 |
| THE CONTINENTAL INSURANCE COMPANY | C/O TRESSLER LLP | 500 GRANT ST. | SUITE 2900 | PITTSBURGH | PA | 15219 |
| THE CONTINENTAL INSURANCE COMPANY, SUCCESSOR BY MERGER TO (1) COMMERCIAL INSURANCE COMPANY OF NEWARK, NEW JERSEY AND (2) FIREMEN'S INSURANCE COMPANY OF NEWARK, NEW JERSEY | C/O BARCLAY DAMON LLP | ATTN: JEFFREY A. DOVE | 125 EAST JEFFERSON STREET | SYRACUSE | NY | 13202 |
| THE CONTINENTAL INSURANCE COMPANY, SUCCESSOR BY MERGER TO COMMERCIAL INSURANCE COMPANY OF NEWARK, NEW JERSEY AND FIREMEN'S INSURANCE COMPANY OF NEWARK, NEW JERSEY | C/O CROWELL & MORING LLP | ATTN: MARK D. PLEVIN | THREE EMBARCADERO CENTER 26TH FLOOR | SAN FRANCISCO | CA | 94111 |
| THE CONTINENTAL INSURANCE COMPANY, SUCCESSOR BY MERGER TO COMMERCIAL INSURANCE COMPANY OF NEWARK, NEW JERSEY AND FIREMEN'S INSURANCE COMPANY OF NEWARK, NEW JERSEY | C/O CROWELL & MORING LLP | ATTN: MIRANDA H. TURNER | 1001 PENNSYLVANIA AVENUE, N.W. | WASHINGTON | DC | 20004 |
| THE CONTINENTAL INSURANCE COMPANY, SUCCESSOR BY MERGER TO COMMERCIAL INSURANCE COMPANY OF NEWARK, NEW JERSEY AND FIREMEN'S INSURANCE COMPANY OF NEWARK, NEW JERSEY | C/O DAVID CHRISTIAN ATTORNEYS LLC | ATTN: DAVID CHRISTIAN | 105 WEST MADISON STREET SUITE 1400 | CHICAGO | IL | 60602 |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O PACHULSKI STANG ZIEHL & JONES, LLP | ATTN: JAMES I. STANG, ILAN D. SCHARF AND BRITTANY M. MICHAEL | 780 THIRD AVENUE, 34TH FLOOR | NEW YORK | NY | 10017-2024 |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O PACHULSKI, STANG, ZEIEHL & JONES LLP | ATTN: JAMES I. STANG & IAIN A. W. NASATIR | 10100 SANTA MONICA BOULEVARD 13TH FLOOR | LOS ANGELES | CA | 90067-4003 |
| US TRUSTEE | ATTN: SHANNON SCOTT | ADDRESS REDACTED | | | | |
| US TRUSTEE'S OFFICE | ATTN: SHANNON SCOTT | US FEDERAL BUILDING | 1 BOWLING GREEN STE 534 | NEW YORK | NY | 10014-1459 |