# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Rochester,

                Debtor.

Case No. 19-20905

Chapter 11

---

THE CONTINENTAL INSURANCE COMPANY, successor by merger to Commercial Insurance Company of Newark, New Jersey, and Firemen's Insurance Company of Newark, New Jersey,

                Plaintiff,

v.

THE DIOCESE OF ROCHESTER,

                Defendant

*and*

THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

                Intervenor-Defendant.

Adversary Proceeding No.: 23-02014

## CERTIFICATE OF SERVICE

I, Janice G. Washington, am over the age of eighteen years, and am employed by Pachulski Stang Ziehl & Jones LLP. I am not a party to the above case; my business address is 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067-4003.

On April 9, 2024, I caused a true and correct copy of the *Answer in Intervention of the Official Committee of Unsecured Creditors to the Adversary Complaint of The Continental Insurance Company* [Docket No. 32] to be served via first class mail upon the parties set forth on the service list annexed hereto as **Exhibit A**.

Dated: April 9, 2024

                                                      */s/ Janice G. Washington*
                                                      Janice G. Washington

# Exhibit A

OFFICE OF THE UNITED STATES TRUSTEE  
FOR THE WESTERN DISTRICT OF NEW YORK  
ATTN: KATHLEEN D. SCHMITT  
100 STATE STREET  
ROOM 6090  
ROCHESTER, NY  14614  

THE CONTINENTAL INSURANCE COMPANY  
C/O TRESSLER LLP  
233 S. WACKER DRIVE  
61ST FLOOR  
CHICAGO, IL  60606  

THE CONTINENTAL INSURANCE COMPANY  
C/O TRESSLER LLP  
500 GRANT ST.  
SUITE 2900  
PITTSBURGH, PA  15219  

THE CONTINENTAL INSURANCE COMPANY,  
SUCCESSOR BY MERGER TO  
COMMERCIAL INSURANCE COMPANY OF NEWARK, NEW JERSEY  
AND (2) FIREMEN'S INSURANCE COMPANY OF NEWARK, NEW JERSEY  
C/O BARCLAY DAMON LLP  
ATTN: JEFFREY A. DOVE  
125 EAST JEFFERSON STREET  
SYRACUSE, NY  13202  

THE CONTINENTAL INSURANCE COMPANY,  
SUCCESSOR BY MERGER TO COMMERCIAL INSURANCE COMPANY OF NEWARK, NEW JERSEY  
AND FIREMEN'S INSURANCE  
COMPANY OF NEWARK, NEW JERSEY  
C/O CROWELL & MORING LLP  
ATTN: MARK D. PLEVIN  
THREE EMBARCADERO CENTER  
26TH FLOOR  
SAN FRANCISCO, CA  94111  

THE CONTINENTAL INSURANCE COMPANY,  
SUCCESSOR BY MERGER TO COMMERCIAL INSURANCE COMPANY OF NEWARK, NEW JERSEY  
AND FIREMEN'S INSURANCE  
COMPANY OF NEWARK, NEW JERSEY  
C/O CROWELL & MORING LLP  
ATTN: MIRANDA H. TURNER  
1001 PENNSYLVANIA AVENUE, N.W.  
WASHINGTON, DC  20004

THE CONTINENTAL INSURANCE COMPANY,
SUCCESSOR BY MERGER TO COMMERCIAL INSURANCE COMPANY OF NEWARK, NEW JERSEY
AND FIREMEN'S INSURANCE
COMPANY OF NEWARK, NEW JERSEY
C/O DAVID CHRISTIAN ATTORNEYS LLC
ATTN: DAVID CHRISTIAN
105 WEST MADISON STREET
SUITE 1400
CHICAGO, IL  60602

THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
C/O PACHULSKI STANG ZIEHL & JONES, LLP
ATTN: JAMES I. STANG, ILAN D. SCHARF
AND BRITTANY M. MICHAEL
780 THIRD AVENUE, 34TH FLOOR
NEW YORK, NY  10017-2024

THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
C/O PACHULSKI, STANG, ZEIEHL & JONES LLP
ATTN: JAMES I. STANG AND IAIN A. W. NASATIR
10100 SANTA MONICA BOULEVARD
13TH FLOOR
LOS ANGELES, CA  90067-4003

US TRUSTEE'S OFFICE
ATTN: SHANNON SCOTT
US FEDERAL BUILDING
1 BOWLING GREEN
STE 534
NEW YORK, NY  10014-1459