United States Bankruptcy Court

Western District of New York

THE CONTINENTAL INSURANCE COMPANY, succe,

   Plaintiff

   Adv. Proc. No. 23-02014-PRW

The Diocese of Rochester,

   Defendant

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| dft | + The Diocese of Rochester, 1150 Buffalo Road, Rochester, NY 14624-1890 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2024     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David C. Christian, II | on behalf of Plaintiff THE CONTINENTAL INSURANCE COMPANY  successor by merger to Commercial Insurance Company of Newark, New Jersey, and Fireman's Insurance Company of Newark, New Jersey dchristian@dca.law |
| Ilan D Scharf | on behalf of Interested Party Official Committee of Unsecured Creditors ischarf@pszjlaw.com lcanty@pszjlaw.com;nrobinson@pszjlaw.com;bdassa@pszjlaw.com |
| Jeffrey Austin Dove | on behalf of Plaintiff THE CONTINENTAL INSURANCE COMPANY  successor by merger to Commercial Insurance Company of Newark, New Jersey, and Fireman's Insurance Company of Newark, New Jersey jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com |
| Mark D. Plevin | on behalf of Plaintiff THE CONTINENTAL INSURANCE COMPANY  successor by merger to Commercial Insurance Company of Newark, New Jersey, and Fireman's Insurance Company of Newark, New Jersey mplevin@crowell.com, mark-plevin-crowell-moring-8073@ecf.pacerpro.com |

Miranda Turner

    on behalf of Plaintiff THE CONTINENTAL INSURANCE COMPANY  successor by merger to Commercial Insurance Company of Newark, New Jersey, and Fireman's Insurance Company of Newark, New Jersey mturner@crowell.com

Stephen A. Donato

    on behalf of Defendant The Diocese of Rochester sdonato@bsk.com  ayerst@bsk.com;kdoner@bsk.com;CourtMail@bsk.com

TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re: | Case No.: 2–19–20905–PRW |
|    The Diocese of Rochester<br>   aka The Roman Catholic Diocese of<br>   Rochester | Chapter: 11 |
|         Debtor(s) | |

| | |
|---|---|
| THE CONTINENTAL INSURANCE<br>COMPANY, successor by merger to<br>Commercial Insurance Company of Newark,<br>New Jersey, and Fireman's Insurance Company<br>of Newark, New Jersey | A.P. No.: 2–23–02014–PRW |
|       Plaintiff(s) | |
|   v. | |
| The Diocese of Rochester | |
|       Defendant(s) | |

## NOTICE OF ENTRY

**PLEASE TAKE NOTICE** of the entry of the Order referenced below, duly entered in the within action in the Clerk's Office of the United States Bankruptcy Court, Western District of New York on **April 15, 2024**. The Clerk of Court of the United States Bankruptcy Court, Western District of New York, hereby certifies that a copy of the subject Order was sent to all parties in interest herein as required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure.

Docket #35:    Trial Scheduling Order. Signed on 4/15/2024 (RE: related document(s)1 Complaint filed by Plaintiff THE CONTINENTAL INSURANCE COMPANY, successor by merger to Commercial Insurance Company of Newark, New Jersey, and Fireman's Insurance Company of Newark, New Jersey). Pre–Trial Conference set for 7/19/2024 at 11:00 AM Rochester Chambers. Trial Term–Trial date set for 7/29/2024 at 09:00 AM at Rochester Courtroom. NOTICE OF ENTRY. (Folwell, T.)

Date: April 15, 2024                    Lisa Bertino Beaser
                                        Clerk of Court

Form ntcentry/Doc 35
www.nywb.uscourts.gov