UNITED STATES BAKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

---

IN RE:

THE DIOCESE OF ROCHESTER,　　　　　　　　　Case No. 19-20905
　　　　　　　　　　　　　　　　　　　　　　Chapter 11
　　　　　　Debtor(s).

---

THE CONTINENTAL INSURANCE　　　　　　　　Adversary Proceeding No.: 23-02014
COMPANY, successor by merger to Commercial
Insurance Company of Newark, and Fireman's
Insurance Company of Newark, New Jersey,

　　　　　　Plaintiff,
　　　　v.

THE DIOCESE OF ROCHESTER,

　　　　　　Defendant.

---

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that WILLIAM K. HARRINGTON, UNITED STATES TRUSTEE OF REGION 2 of the United States Trustee's Office, hereby enters his appearance and requests that a copy of all notices given or required to be given in this case to the Debtor, and all pleadings, papers or other documents filed or served upon the Debtor be delivered to him at the below indicated address.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: April 18, 2024,　　　　　　　　　　WILLIAM K. HARRINGTON
　　　　Rochester, New York　　　　　　　UNITED STATES TRUSTEE, REGION 2


　　　　　　　　　　　　　　　　　　　/s/　*Kathleen Dunivin Schmitt*
　　　　　　　　　　　　　　　　　　　By: Kathleen Dunivin Schmitt
　　　　　　　　　　　　　　　　　　　Assistant United States Trustee
　　　　　　　　　　　　　　　　　　　100 State Street, Room 4230
　　　　　　　　　　　　　　　　　　　Rochester, NY 14614
　　　　　　　　　　　　　　　　　　　(585) 263-5706