UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>The Diocese of Rochester,<br><br>                      Debtor. | Case No. 19-20905<br><br>Chapter 11 |
| THE CONTINENTAL INSURANCE COMPANY, successor by merger to Commercial Insurance Company of Newark, New Jersey, and Firemen's Insurance Company of Newark, New Jersey,<br><br>                      Plaintiff,<br><br>                      v.<br><br>THE DIOCESE OF ROCHESTER,<br><br>                      Defendant. | Adversary Proceeding No.: 23-02014 |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Karen B. Dine of Pachulski Stang Ziehl & Jones LLP hereby enters her appearance as counsel for the Official Committee of Unsecured Creditors of the Diocese of Rochester in the above-captioned adversary proceeding and hereby requests, that all notices given or required to be given in the above-captioned adversary proceeding, and all papers served or required to be served in the above-captioned adversary proceeding, including, without limitation, all notices pursuant to Rules 2002, 3017, and 9007 of the Federal Rules of Bankruptcy Procedure, be served upon the following:

Karen B. Dine, Esq.
Pachulski Stang Ziehl & Jones LLP
780 Third Ave., 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
E-mail: kdine@pszjlaw.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers filed in this case, whether formal or informal, written or oral, and whether served, transmitted or conveyed by mail, email, hand delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that this *Notice of Appearance* shall not be deemed or construed to be a waiver of any of the rights of the Committee, including, without limitation, to (i) have final orders in non-core matters entered only after *de novo* review by a higher court, (ii) trial by jury in any proceeding so triable in this case, or any case, controversy, or adversary proceeding related to this case, (iii) have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Committee may be entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: July 16, 2024　　　　　　　　　　PACHULSKI STANG ZIEHL & JONES LLP

By: */s/ Karen B. Dine*
　　　Karen B. Dine, Esq.
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: kdine@pszjlaw.com

*Counsel to the Official Committee of Unsecured Creditors of the Diocese of Rochester*