UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Rochester,

        Debtor.

Case No. 19-20905

Chapter 11

---

THE CONTINENTAL INSURANCE
COMPANY, successor by merger to
Commercial Insurance Company of Newark,
New Jersey, and Fireman's Insurance
Company of Newark, New Jersey,

        Plaintiff,

v.

The Diocese of Rochester,

        Defendant.

Adversary Proceeding
No.: 2-23-02014

## *EX PARTE* MOTION TO ADMIT KAREN B. DINE AS COUNSEL *PRO HAC VICE*

Karen B. Dine of the law firm Pachulski Stang Ziehl & Jones LLP hereby moves this Court for an order to practice and appear before this Court on behalf of the Official Committee of Unsecured Creditors (the "Committee") of the Diocese of Rochester. In support of this Motion counsel states and alleges as follows:

    a) Applicant's name and office address, phone number and email address are as follows:

> Karen B. Dine
> Pachulski Stang Ziehl & Jones LLP
> 780 Third Avenue, 34th Floor
> New York, New York 10017-2024
> Phone: (212) 561-7700
> Email: kdine@pszjlaw.com

b) Applicant is a practicing attorney who resides in the State of New York and, as of June 20, 1994, is duly admitted to the Bar of the State of New York. She is in good standing and is eligible to practice in New York before the following courts:

New York Southern District

New York Eastern District

New York Northern District

c) The necessity for appearance and participation is to serve as counsel for creditors alleging claims for sexual abuse against the Diocese of Rochester, Rochester, New York.

d) Applicant has not been disbarred, sanctioned or formally censured by any Court or by a state bar association, and there are no disciplinary proceedings pending against Applicant.

| | |
|---|---|
| Date: September 3, 2024 | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | /s/  Karen B. Dine |
| | Karen B. Dine (*pro hac vice* admission pending) |
| | James I. Stang (admitted *pro hac vice*) |
| | Ilan D. Scharf |
| | 780 Third Avenue, 34th Floor |
| | New York, NY  10017 |
| | Telephone:  (212) 561-7700 |
| | Facsimile:   (212) 561-7777 |
| | Email:    jstang@pszjlaw.com |
| | ischarf@pszjlaw.com |
| | kdine@pszjlaw.com |
| | |
| | *Counsel to the Official Committee of Unsecured Creditors* |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>The Diocese of Rochester,<br><br>        Debtor. | Case No. 19-20905<br><br>Chapter 11 |
| THE CONTINENTAL INSURANCE COMPANY, successor by merger to Commercial Insurance Company of Newark, New Jersey, and Fireman's Insurance Company of Newark, New Jersey,<br><br>        Plaintiff,<br><br>v.<br><br>The Diocese of Rochester,<br><br>        Defendant. | Adversary Proceeding<br>No.: 2-23-02014 |

**DECLARATION IN SUPPORT OF *EX PARTE* MOTION TO ADMIT**
**KAREN B. DINE AS COUNSEL *PRO HAC VICE***

I, Karen B. Dine, declare under penalty of perjury as follows:

1. I am a partner of Pachulski Stang Ziehl & Jones LLP ("PSZJ" or the "Firm"), and maintain an office at 780 Third Avenue, 34th Floor, New York, New York 10017. I am duly admitted to practice law in the State of New York and the United States District Courts for the Southern, Eastern and Northern Districts of New York.

2. I submit this declaration (the "Declaration") in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the attached Certificate of Good Standing, I am a member of good standing in the State Bar of New York.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       September 3, 2024

                                      */s/ Karen B. Dine*
                                      Karen B. Dine



## Appellate Division of the Supreme Court
## of the State of New York
## First Judicial Department

---

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

## Karen B. Dine

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **June 20, 1994,** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



*In Witness Whereof, I have hereunto set my hand in the City of New York on July 17, 2024.*

*Susanna M. Rojas*
Clerk of the Court

CertID-00183650



# Supreme Court of the State of New York
# Appellate Division, First Department

**DIANNE T. RENWICK**
PRESIDING JUSTICE

**SUSANNA MOLINA ROJAS**
CLERK OF THE COURT

**MARGARET SOWAH**
DEPUTY CLERK OF THE COURT

**DOUGLAS C. SULLIVAN**
DEPUTY CLERK OF THE COURT

To Whom It May Concern

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the First Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Susanna Rojas
Clerk of the Court

Revised October 2020

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Rochester,

        Debtor.

Case No. 19-20905

Chapter 11

---

THE CONTINENTAL INSURANCE COMPANY, successor by merger to Commercial Insurance Company of Newark, New Jersey, and Fireman's Insurance Company of Newark, New Jersey,

        Plaintiff,

v.

The Diocese of Rochester,

        Defendant.

Adversary Proceeding
No.: 2-23-02014

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon consideration of the *Ex Parte* Motion to Admit Karen B. Dine as Counsel *Pro Hac Vice* to represent the Official Committee of Unsecured Creditors for the Diocese of Rochester, and upon Movant's certification that the Movant is a member of good standing of the bar of the State of New York,

**IT IS HEREBY ORDERED THAT**:

1.     The Application is **GRANTED**.

Dated: _____, 2024
        Rochester, New York

                                      THE HONORABLE PAUL R. WARREN
                                      U.S. BANKRUPTCY JUDGE