UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>THE DIOCESE OF ROCHESTER,[1]<br><br>                  Debtor. | Chapter 11<br><br>Case No. 19-20905 |
| THE CONTINENTAL INSURANCE COMPANY, successor by merger to Commercial Insurance Company of Newark, New Jersey, and Firemen's Insurance Company of Newark, New Jersey,<br><br>                  Plaintiff,<br><br>v.<br><br>THE DIOCESE OF ROCHESTER,<br><br>                  Defendant. | Adv. Proc. No. 23-02014 |

## CERTIFICATE OF SERVICE

I, Janice G. Washington, depose and say that I am employed by Pachulski Stang Ziehl & Jones LLP, counsel for the Official Committee of Unsecured Creditors in the above-captioned case.

On September 10, 2024, I caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**:

- **THE COMMITTEE'S RESPONSE TO CNA'S OBJECTION TO COMMITTEE'S REQUEST TO ADMIT TRIAL EXHIBIT DX-G INTO EVIDENCE (Docket No. 88)**

| | |
|---|---|
| Dated: September 10, 2024 | */s/ Janice G. Washington*<br>Janice G. Washington<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Boulevard, 13th Floor<br>Los Angeles, California 90067<br>Telephone: (310) 277-6910<br>Email: jwashington@pszjlaw.com |

# Exhibit A

**Exhibit A**
Served Via First-Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| OFFICE OF THE UNITED STATES TRUSTEE FOR THE WESTERN DISTRICT OF NEW YORK | ATTN: KATHLEEN D. SCHMITT | 100 STATE STREET | ROOM 6090 | ROCHESTER | NY | 14614 |
| THE DIOCESE OF ROCHESTER | C/O BOND, SCHOENECK & KING, PLLC | ATTN: GREGORY J. MCDONALD | 350 LINDEN OAKS, THIRD FLOOR | ROCHESTER | NY | 14625-2825 |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O PACHULSKI STANG ZIEHL & JONES, LLP | ATTN: JAMES I. STANG, ILAN D. SCHARF, BRITTANY M. MICHAEL, KAREN B. DINE, JEFFREY M. DINE | 780 THIRD AVENUE, 34TH FLOOR | NEW YORK | NY | 10017-2024 |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O PACHULSKI, STANG, ZEIEHL & JONES LLP | ATTN: JAMES I. STANG & IAIN A. W. NASATIR | 10100 SANTA MONICA BOULEVARD 13TH FLOOR | LOS ANGELES | CA | 90067-4003 |
| UNITED STATES TRUSTEE OF REGION 2 | ATTN: WILLIAM K. HARRINGTON, KATHLEEN D. SCHMITT | 100 STATE STREET, ROOM 4230 | | ROCHESTER | NY | 14614 |
| US TRUSTEE | ATTN: SHANNON SCOTT | ADDRESS REDACTED | | | | |
| US TRUSTEE'S OFFICE | ATTN: MARK BRUH | US FEDERAL BUILDING | 1 BOWLING GREEN STE 534 | NEW YORK | NY | 10014-1459 |